EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Enmienda a las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico del 30 de junio de 1999 | 2001 TSPR 17 |

Número del Caso: ER-2001-01

Fecha: 16/febrero/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re: Enmienda a las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico del 30 de junio de 1999     ER-2001-01     Para añadir una nueva Regla 42 y renumerar las reglas vigentes desde la Regla 42 hasta la Regla 45

RESOLUCIÓN

En San Juan a 16 de febrero de 2001.

Con el propósito de aclarar el procedimiento para atender las solicitudes de órdenes de protección así como uniformar las normas aplicables a las intercesoras e intercesores en los casos de violencia doméstica, se añade una nueva Regla 42 y se renumeran las reglas vigentes desde la Regla 42 hasta la Regla 45 de las Reglas para la Administración del Tribunal de Primera Instancia para que lean como sigue:

Regla 42. Solicitudes de Órdenes de Protección y Participación de Intercesoras o Intercesores en Asuntos bajo la Ley para la Prevención e Intervención con la Violencia Doméstica

A. Las órdenes de protección solicitadas bajo la Ley Núm. 54 de 15 de agosto de 1989, Ley para la Prevención e Intervención con la Violencia Doméstica, 8 L.P.R.A. sec. 601 *et. seq.* serán atendidas por el Juez o la Jueza Municipal ante quien se presente la solicitud. Las solicitudes de órdenes de protección no estarán sujetas a las Reglas 3.1 y 3.5 sobre competencia y traslado de las Reglas de Procedimiento Civil, 32 L.P.R.A. Ap. III R. 3.1 y 3.5.

B. Las normas aplicables a las intercesoras o intercesores en casos bajo la Ley Núm. 54, *supra*, serán las siguientes:

1. Se autoriza a las intercesoras o a los intercesores debidamente cualificados a acompañar durante el proceso judicial a aquellas personas que aleguen ser víctimas bajo la Ley Núm. 54, *supra*.

2. Una intercesora o un intercesor debidamente cualificado es toda persona que tenga adiestramiento o estudios acreditados en el área de consejería, orientación, psicología, trabajo social o intercesoría legal y sea autorizado por escrito para desempeñarse como tal, a través del Director o de la Directora Administrativa de los Tribunales.

3. Las intercesoras o los intercesores que actualmente acompañan a las víctimas de violencia doméstica durante los procesos judiciales, podrán continuar ejerciendo su función mientras se le extiende la autorización escrita aquí dispuesta. La Oficina de Administración de los Tribunales proveerá el formulario para solicitar esta autorización.

4. La participación de las intercesoras o de los intercesores en los procedimientos bajo la Ley Núm. 54, *supra*, consiste en acompañar a la víctima a las vistas y proveerle el apoyo emocional, la orientación y la asistencia que sean necesarios durante el proceso judicial, sin incluir asesoramiento ni representación legal.

Regla 43. Otros Asuntos

[...]

Regla 44. Disposiciones Supletorias

[...]

Regla 45. Obligatoriedad de las Reglas

[...]

Regla 46. Vigencia

[...]

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo